1  Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
   Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
2  Mount & Stoelker, P.C.
   RiverPark Tower, Suite 1650
3  333 West San Carlos Street
   San Jose CA  95110-2740
4  Phone: (408) 279-7000
   Fax:    (408) 998-1473
5  Email: kspelman@mount.com, dfingerman@mount.com

6
   Counsel for San Francisco Technology Inc.
7

8                        U.S. District Court
                 Northern District of California
9

   San Francisco Technology Inc.          Case No. CV10-05575 MEJ
10
              Plaintiff                    **PROOF OF SERVICE BY**
11                                         **CERTIFIED/RETURN RECEIPT MAIL ON**
   vs.                                     **HOWELL VENTURES LTD.**
12
   Howell Ventures Ltd.
13
              Defendant
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Case No. CV-05575 MEJ

## PROOF OF SERVICE

I am a citizen of the United States.  My business address is RiverPark Tower, Ste. 1650, 333 W. San Carlos, San Jose, CA  95110.  I am employed in the County of Santa Clara where this service occurs.  I am over the age of 18 years and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the document(s) listed below as follows:

**Summons, Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Notice of Assignment to U.S. Magistrate Judge; Consent to Proceed Before a Magistrate Judge; Declination to Proceed Before a Magistrate Judge; U.S. District Court Rules & Guidelines**

Howell Ventures Ltd.
4850 Upper Kingsclear, New Brunswick
Canada, E3E 1P8

☒  (BY MAIL) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail at San Jose, California.

☐  (BY ELECTRONIC MAIL) I caused such document(s) to be transmitted by electronic mail on this date to the email addresses listed above, pursuant to agreement among the parties.

☐  (BY FAX)  I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐  (BY FEDERAL EXPRESS)  I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be delivered to a Federal Express pickup at San Jose, California.

☐  (BY PERSONAL SERVICE)  I caused such document(s), placed in sealed envelope(s), to be delivered by hand this date to the offices of the addressee(s).

☒  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on January 7, 2011.

_____
MONIQUE DAVALOS

Proof of Service

Case No. CV10-05575 MEJ

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, STE. 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .44 | FALSEOUS |
| Certified Fee | 2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.54 | |

Sent To
Howell Ventures Ltd.
Street, Apt. No.; or PO Box No. 4850 Rte. 102
City, State, ZIP+4
Upper Kingsclear, New Brunswick

PS Form 3800, August 2006                See Reverse for Instructions

7009 2250 0000 3571 0575