Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

U.S. District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Howell Ventures Ltd.<br><br>Defendant | Case No. 3:10-cv-05575-MEJ<br><br>**Request For Entry of Default of Defendant Howell Ventures Ltd.** |

Plaintiff San Francisco Technology Inc. ("SF Tech") requests entry of the default of Defendant Howell Ventures Ltd. ("Defendant").  Defendant was served with a copy of the summons and complaint in this matter on January 7, 2011, as evidenced by the Proof of Service filed by SF Tech on March 2, 2011 (Docket No. 3).  Service was made upon Defendant pursuant to Rule 4(h) and Cal. Code Civ. Proc. § 415.40, by mailing a copy of the complaint, summons, and other required documents to Defendant's address shown on the proof of service, with a return receipt requested.

No representative of Defendant has contacted SF Tech's counsel or otherwise indicated that Defendant intends to appear in court and contest this case.

Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rule of Civil Procedure (FRCP 12(a)(1)(A)(i)).  Upon information and belief, Defendant is not (1) a minor, (2) an incompetent person, or (3) a person serving in the armed forces of the United States or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

Accordingly, Defendant's default should be entered.

Date: March 8, 2011                              Mount, Spelman & Fingerman, P.C.
                                                 /s/ Daniel H. Fingerman
                                                 Counsel for San Francisco Technology Inc.

### Certificate of Service

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: March 8, 2011                              Mount, Spelman & Fingerman, P.C.,
                                                 /s/ Daniel H. Fingerman
                                                 Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False005\Attorney_Notes\Drafts\Request for Entry of Default.doc

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000