Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

U.S. District Court
Northern District of California, San Francisco Division

| San Francisco Technology Inc. | Case No. 3:10-cv-05575-MEJ |
|---|---|
| Plaintiff | **Declaration of Daniel H. Fingerman in Support of Request for Entry of Default of Defendant Howell Ventures Ltd.** |
| vs. | |
| Howell Ventures Ltd. | |
| Defendant | |

I, Daniel H. Fingerman, declare as follows:

1.  I am an attorney with Mount, Spelman & Fingerman, P.C., counsel of record for Plaintiff San Francisco Technology Inc. ("SF Tech"). I have personal knowledge of the facts set forth in this declaration, except for those matters stated upon information and belief, which I am informed and believe to be true.

2.  I submit this declaration in support of SF Tech's Request for Entry of Default of Defendant Howell Ventures Ltd. ("Defendant").

3.  I have not been contacted by any representative of Defendant. No person has contacted me to indicate that Defendant intends to appear in court and contest this case.

4.  Upon information and belief, Defendant is none of the following: a minor, an incompetent person, a person serving in the armed forces of the United States, or a person otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on the date set forth below.

Date: March 8, 2011

Mount, Spelman & Fingerman, P.C.
/s/ Daniel H. Fingerman
Counsel for San Francisco Technology Inc.

## Certificate of Service

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: March 8, 2011                              Mount, Spelman & Fingerman, P.C.,
                                                         /s/ Daniel H. Fingerman
                                                 Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False005\Attorney_Notes\Drafts\DHF Declaration in Support of Request for Default.doc