Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
       blemke@mount.com

Counsel for San Francisco Technology Inc.

U.S. District Court
Northern District of California, San Francisco Division

| San Francisco Technology Inc. | Case No. 3:10-cv-05575-MEJ |
|---|---|
| Plaintiff | **Notice of Consent to Proceed Before a U.S. Magistrate Judge** |
| vs. | |
| Howell Ventures Ltd. | |
| Defendant | |

1   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
2 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
3 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
4 judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

5 Date: March 10, 2011                                   Mount, Spelman & Fingerman, P.C.
6                                                                              /s/ Daniel H. Fingerman
                                                                          Counsel for San Francisco Technology Inc.

## Certificate of Service

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: March 10, 2011                                   Mount, Spelman & Fingerman, P.C.,
                                                                             /s/ Daniel H. Fingerman
                                                                          Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False005\Attorney_Notes\Drafts\Magistrate Consent.doc

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000