Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
           blemke@mount.com

Counsel for San Francisco Technology Inc.

U.S. District Court
Northern District of California, San Francisco Division

| San Francisco Technology Inc. | Case No. 3:10-cv-05575-MEJ |
|---|---|
| Plaintiff | **Plaintiff's Disclosure of Non-Party Interested Entities or Persons** |
| vs. | |
| Howell Ventures Ltd. | |
| Defendant | |

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1   Pursuant to Fed. R. Civ. Proc. 7.1, San Francisco Technology Inc. states that it has no parent
2 corporation, and no publicly held corporation owns 10% or more of its stock.
3   Pursuant to Civil L.R. 3-16, the undersigned certifies that, to the best of his knowledge, the
4 following listed persons, associations of persons, firms, partnerships, corporations (including parent
5 corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a
6 party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that
7 could be substantially affected by the outcome of this proceeding: Daniel S. Mount.

Date: March 10, 2011                              Mount, Spelman & Fingerman, P.C.
                                                                  /s/ Daniel H. Fingerman
                                                  Counsel for San Francisco Technology Inc.

### Certificate of Service

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: March 10, 2011                              Mount, Spelman & Fingerman, P.C.,
                                                                  /s/ Daniel H. Fingerman
                                                  Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False005\Attorney_Notes\Drafts\Disclosure of Interested Persons.doc

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000