**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 29, 2011

RE: CV 10-05575 MEJ SAN FRANCISCO TECHNOLOGY INC.-v- HOWELL VENTURES

Default is declined as to defendant Howell Ventures Ltd. on 4/29/11.

RICHARD W. WIEKING, Clerk

by: Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge Maria-Elena James